IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

File No. 7:15-CR-46-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ANTHONY TAYLOR, ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to appoint new counsel and withdraw his plea. [D.E. #156]. The court hereby schedules a hearing in this matter for the **October 6, 2015 term of court at the federal courthouse located in Greenville, North Carolina**.

A sentencing hearing in this matter is scheduled for the same term. The court will conduct a hearing on defendant's motion immediately before the scheduled sentencing hearing.

This 9th of September 2015.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#34