IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-46-1H

UNITED STATES OF AMERICA,           )
                                    )
        v.                          )
                                    )
ANTHONY TAYLOR,                     )           **ORDER**
                                    )
        Defendant.                  )


This matter is before the court on remand from the Fourth Circuit Court of Appeals. The Fourth Circuit's order vacated the portion of the judgment in defendant's case making defendant permanently unable to receive federal benefits under 21 U.S.C. § 862(a)(1)(C), and remanded for resentencing.

Defendant's resentencing hearing was held before the undersigned on December 5, 2017 at the United States Courthouse in Greenville, North Carolina. At the hearing, defendant appeared with his counsel. The court resentenced defendant in compliance with the Fourth Circuit's order, reaffirming all aspects of the original judgment excepting the denial of federal benefits. Therefore, all aspects of the original judgment are hereby reaffirmed with the exception that the judgment shall not include denial of federal benefits.

The clerk is directed to enter an amended judgment in accordance with the court's order and the undersigned's oral order in open court this same date.

This 5ᵗʰ day of December 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26